```
 1  MICHAEL BAILEY
    United States Attorney
 2  District of Arizona
    Angela W. Woolridge
 3  Assistant U.S. Attorney
    Arizona State Bar No. 022079
 4  United States Courthouse
    405 W. Congress Street, Suite 4800
 5  Tucson, Arizona 85701
    Telephone: 520-620-7300
 6  Email: angela.woolridge@usdoj.gov
    Attorneys for Plaintiff
```

FILED
2019 MAY 22 PM 4:41
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-01334 TUC-JAS(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 922(g)(1) |
| Aunriek Jeffrey Davis, | (Possession of Ammunition by Convicted Felon) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about August 21, 2018, at or near Tucson, in the District of Arizona, AUNRIEK JEFFREY DAVIS, knowingly having been previously convicted of crimes punishable by a term of imprisonment exceeding one year; that is: Marijuana - Possess for Sale, and Possess/Use of a Weapon in a Drug Offense, in Cochise County Superior Court, case number CR201400521, on October 13, 2014; did knowingly possess ammunition; that is: 35 rounds of .38 Special caliber ammunition; such ammunition being in and affecting interstate commerce in that it was manufactured outside of the state of Arizona; in violation of Title 18, United States Code, Section 922(a).

A TRUE BILL    **/ s /**

_____
Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona    **/ s /**

_____
Assistant U.S. Attorney

Dated: May 22, 2019

REDACTED FOR
PUBLIC DISCLOSURE